**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JASON VEST,                )
     Plaintiff,         )
                   )    **Case No. 3:12-CV-00311-KGB-JTK**
v.                   )
                   )
MICHAEL J. ASTRUE, Commissioner,  )
Social Security Administration   )
     Defendant.      )

## ORDER FOR SUPPLEMENTATION

      Pending before the Court is Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. No. 1).  The application is incomplete, and the Court requires more information before a decision can be made.  First, Plaintiff must submit additional documentation regarding his account at the Poinsett County Detention Center.  The application form explicitly describes what information should be included.  Second, Plaintiff's responses to the questions on the application are either incomplete or nonexistent.  Plaintiff must provide an answer to every question, and every question must be answered specifically and completely.   Therefore, the Court hereby directs Plaintiff to file a new application within **fourteen (14) days** of this Order.

      The problems described above are not only defects contained in Plaintiff's application, and Plaintiff is encouraged to read each of the questions carefully before providing a complete answer.  The application is also difficult to read.  Any further supplementation should either be typewritten or printed clearly and legibly.

      IT IS SO ORDERED this 17th day of December, 2012.

                              _____
                              United States Magistrate Judge