**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| JASON VEST,  ) | |
|    Plaintiff,  ) | |
| ) | **Case No. 3:12-CV-00311 JTK** |
| v.  ) | |
| ) | |
| CAROLYN W. COLVIN, Acting  ) | |
| Commissioner, Social Security  ) | |
| Administration  ) | |
|    Defendant.  ) | |

**FINAL JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is REVERSED and Plaintiff's case is REMANDED FOR FURTHER PROCEEDINGS.

SO ADJUDGED this 28th day of January, 2014.

_____
United States Magistrate Judge